**BRYAN CAVE LLP**
Marcy J. Bergman, California Bar No. 75826
Stephanie A. Blazewicz, California Bar No. 240359
Alexandra C. Whitworth, California Bar No. 303046
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:    (415) 675-3400
Facsimile:     (415) 675-3434
Email:          marcy.bergman@bryancave.com
                    stephanie.blazewicz@bryancave.com
                    alex.whitworth@bryancave.com

Attorneys for Plaintiff
AIRWAIR INTERNATIONAL LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD., a company of the United Kingdom,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>YOUTH RISE UP, D/B/A CUTE TO THE CORE, a California corporation; and DOES 1-50,<br><br>　　　　Defendants. | Case No. 3:15-cv-04496-SI<br><br>[~~PROPOSED~~] **ORDER GRANTING REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Judge: Honorable Susan Illston |

1   The Court has considered Plaintiff's Administrative Motion and Request for Continuance
2   of Case Management Conference.  Good cause appearing therefor,
3   **IT IS HEREBY ORDERED THAT:**
4   The January 22, 2016 case management conference is **CONTINUED** to March 18, 2016, at
5   2:30 p.m. in Courtroom 1, 17th floor.  A case management statement shall be filed by March 11,
6   2016.  This Order Terminates Docket Number 16.
7   **IT IS SO ORDERED.**
8   Dated: 1/7/16

   Honorable Susan Illstron
   Judge of the District Court
   Northern District of California